# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

January 23, 2013

Douglas E. Cressler
Chief Deputy Clerk

Mr. Ricky Leon Dority
# 03636-063
FCI - Texarkana
P.O. Box 7000
Texarkana, TX 75505

**RE:     12-7064, United States v. Dority**
Dist/Ag docket: 6:99-CR-00009-HS-1

Dear Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Linda A. Epperley
        Douglas A. Horn

EAS/sls