# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | February 22, 2013 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. William Bruce Guthrie
United States District Court for the Eastern District of Oklahoma
Office of the Clerk
100 North 5th Street
P.O. Box 607
Muskogee, OK 74401

**RE:**   **12-7064, United States v. Dority**
Dist/Ag docket: 6:99-CR-00009-HS-1

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　Clerk of the Court

cc:　　Ricky Leon Dority
　　　　Linda A. Epperley
　　　　Douglas A. Horn

EAS/klp